

# Fourth Court of Appeals
## San Antonio, Texas

June 26, 2014

No. 04-14-00180-CR

Leonardo **RIVAS**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 12-04-10954-CR
The Honorable Camile G. Dubose, Judge Presiding

# O R D E R

   Appellant filed his third motion for extension of time to file the brief. We **GRANT** appellant's motion and **ORDER** appellant to file his brief on or before July 23, 2014. Appellant is advised that no further extensions will be granted absent written proof of extraordinary circumstances.

_____
Marialyn Barnard, Justice

   IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court